UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., by and through guardian ad litem, D.H.,<br><br>Plaintiff,<br><br>v.<br><br>CARLSBAD UNIFIED SCHOOL DISTRICT, a public entity; CHRISTINE DI BENEDETTO; SHANNON HARRINGTON; TIMOTHY EVANSON; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 22-CV-85 JLS (MDD)<br><br>**ORDER REGARDING PLAINTIFF'S RESPONSE TO APRIL 25, 2022 ORDER TO SHOW CAUSE**<br><br>(ECF No. 5) |

On April 25, 2022, the Court ordered Plaintiff L.H., by and through guardian ad litem D.H., to show cause why this action should not be dismissed without prejudice for failure timely to effect service. *See* ECF No. 3 ("OSC"). On May 9, 2022, Plaintiff filed proof of service as to Defendant Carlsbad Unified School District ("CUSD"), *see* ECF No. 4, as well as a response to the OSC, *see* ECF No. 5 ("Resp."). In the Response, Plaintiff indicates that CUSD has been properly served and that Plaintiff's counsel have asked CUSD if it would accept service on behalf of Christine Di Benedetto, Shannon Harrington,

and Timothy Evanson (collectively, the "Individual Defendants").  *See* Resp. at 2.  Counsel for CUSD has indicated that she will know by May 10, 2022, whether she has authority to accept service on behalf of the Individual Defendants.  *See id.*  If so, Plaintiff anticipates service to be complete by the end of this week; if not, Plaintiff's counsel indicate they "will need a few weeks to execute personal service."  *Id.*  Plaintiff requests an additional twenty days to obtain service on all Defendants.  *See id.*

Good cause appearing, the Court **GRANTS** Plaintiff twenty (20) days from the date on which this Order is electronically docketed in which to obtain service on the Individual Defendants.  Plaintiff promptly **SHALL FILE** proof of service.  Should Plaintiff comply with this Order, the Court's OSC will be discharged without further action of the Court.  Should Plaintiff fail to serve the Individual Defendants within the allotted time or seek a further extension of time, the Court will dismiss the action without prejudice for failure to timely effect service.

**IT IS SO ORDERED.**

Dated:  May 11, 2022

Hon. Janis L. Sammartino
United States District Judge