UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., by and through guardian ad litem, D.H.,<br><br>Plaintiff,<br><br>v.<br><br>CARLSBAD UNIFIED SCHOOL DISTRICT, a public entity; CHRISTINE DI BENEDETTO; SHANNON HARRINGTON; TIMOTHY EVANSON; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 22-CV-85 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 10) |

Presently before the Court is Defendants' Motion to Dismiss Complaint for Lack of Jurisdiction and Failure to State a Claim upon Which Relief Can Be Granted ("Mot.," ECF No. 10). The Court **VACATES** the hearing on the Motion and takes the matter under submission on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: June 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge