UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., by and through guardian ad litem, D.H.,<br><br>Plaintiff,<br><br>v.<br><br>CARLSBAD UNIFIED SCHOOL DISTRICT, a public entity; CHRISTINE DI BENEDETTO; SHANNON HARRINGTON; TIMOTHY EVANSON; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 22-CV-85 JLS (MDD)<br><br>**ORDER REQUESTING JOINT STATUS REPORT** |

Presently before the Court is Defendants' Motion to Dismiss Complaint for Lack of Jurisdiction and Failure to State a Claim upon Which Relief Can Be Granted ("Mot.," ECF No. 10). The Parties previously informed the Court by telephone that they have reached a preliminary settlement of the above-named action; however, this action, including the fully briefed Motion, remains pending. Accordingly, the Court **ORDERS** the Parties to file a joint status report, not to exceed *five (5) pages* in length, on or before December 8, 2022,

/ / /

/ / /

1

updating the Court as to the status of the above-named action, the Parties' resolution efforts, and the reasons why, if any, the Motion should not be denied without prejudice in light of the posture of this case.

**IT IS SO ORDERED.**

Dated: December 1, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge