UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H., by and through guardian ad litem, D.H.,<br><br>Plaintiff,<br><br>v.<br><br>CARLSBAD UNIFIED SCHOOL DISTRICT, a public entity; CHRISTINE DI BENEDETTO; SHANNON HARRINGTON; TIMOTHY EVANSON; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 22-CV-85 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION REQUESTING DISMISSAL OF ACTION**<br><br>(ECF No. 15) |

Presently before the Court is the Parties' Joint Motion Requesting Dismissal of Action ("Joint Mot.," ECF No. 15). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the above-captioned action pursuant to Federal Rule of Civil Procedure 41. As agreed by and between the Parties, each shall bear its own fees, costs, and expenses and waives any and all rights to indemnity based on the

/ / /

/ / /

1

filing of the Complaint in this action.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  December 15, 2022

                Hon. Janis L. Sammartino
                United States District Judge